UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES J. SIGNORE,

    Plaintiff,

vs.                                                     Case No. 8:12-cv-00935-T-27MAP

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 16) from the Magistrate Judge recommending that the decision of the Commissioner of Social Security be affirmed. Plaintiff timely objected (Dkt. 19), and the Commissioner responded in opposition to the objections (Dkt. 20).

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, Plaintiff's objections are without merit and are therefore OVERRULED. The Magistrate Judge correctly concluded that the ALJ's decision is supported by substantial evidence.

The Report and Recommendation (Dkt. 16) is ACCEPTED and ADOPTED in full, to be made a part of this Order for all purposes, including for appellate review.

Accordingly, the decision of the Commissioner of Social Security is AFFIRMED. The Clerk is directed to ENTER final judgment in favor of the Commissioner of Social Security and to CLOSE the file.

**DONE AND ORDERED** this 23rd day of September, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record